(No. 798—Claim denied.)

THE UNITED STATES CORPORATION BUREAU, Claimant, *vs.* STATE OF
ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

PUBLICATION NOTICE—*when State not liable for.* Where publication
notices are made by direction and authority of a State department compen-
sation for same should be made out of the appropriation to that department.

WIRT E. HUMPHREY, for claimant.

EDWARD J. BRUNDAGE, Attorney General; GEORGE C. DIXON,
Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a case brought to recover compensation for publica-
tion notices against delinquent corporations, asking for dis-
solution of said corporations, total amount of claim being
$1004.75, and declaration alleges that the claimant, acting by
authority and direction of Samuel E. Erickson, clerk of the
superior court of Cook county, published said legal notices in
the *National Corporation Reporter* in its editions dated April
7th, April 14th, April 21st, June 9th, June 12th, and June
23rd, copies of said legal notices being attached to and made
part of the declaration.

The demurrer filed by the Attorney General of the State of
Illinois is, as a matter of law, sustained. This claim should
have been paid by the Attorney General from appropriations
allotted to him during the period above set forth, and we do
not feel that there are any grounds, either of equity or social
justice, which warrant the allowance of this claim, hence the
demurrer is sustained.